**FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT**

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

(1) Roscoe Chambers  13495-030
(Name of Plaintiff)        (Inmate Number)

USP Lewisburg P.O.Box 1000 Lewisburg PA 17837
(Address)

(2) _____
(Name of Plaintiff)        (Inmate Number)

_____
(Address)

(Each named party must be numbered,
and all names must be printed or typed)

vs.

(1) Magistrate Judge Joseph F Saporito
(2) AUSA Melissa A Swauger
(3) Peter welsh Clerk of Court
(Names of Defendants)
4) United States of America
(Each named party must be numbered,
and all names must be printed or typed)

Case Number: 4:19 cv 144

Demand for Speedy Trial

**CIVIL COMPLAINT**
☒ Pursuant to federal Tort Claims Act, 28 U.S.C §§ 1346, 2671-2680, or other law

FILED
SCRANTON
JAN 25 2019
Per_____ DEPUTY CLERK

**TO BE FILED UNDER:** ____ 42 U.S.C. § 1983 - STATE OFFICIALS
____ 28 U.S.C. § 1331 - FEDERAL OFFICIALS

## I. PREVIOUS LAWSUITS

A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

Chambers vs Conard No:#13-CV-0186, 2013 Judge Pratt S Dof Iowa, Chambers v. Fehrman, No:4:15-CV-04052-SLD-JEH (C.D. Illinois) Chambers v. Cockrell No:3:16-cv-00569-CRS (W.D KY) Chambers v. Long No:5:16-cv-00142-GNS (W.D.KY)

1

## II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A.  Is there a prisoner grievance procedure available at your present institution? _✓_Yes ____No

B.  Have you fully exhausted your available administrative remedies regarding each of your present claims? ____Yes _✓_No

C.  If your answer to "B" is Yes:

1. What steps did you take? *These are not against prison officials*

2. What was the result? *ll*

D.  If your answer to "B" is No, explain why not: *There are not Prison officials,*

## III. DEFENDANTS

(1) Name of first defendant: *Magistrate Judge Joseph F Saporito J.R*
    Employed as *Magistrate Judge* at *United States District Court*
    Mailing address: *US Courthouse Suit 218 240 west Third St Williamsport PA 17701*

(2) Name of second defendant: *Melissa A Swanger*
    Employed as *Assist United States Attorney* at *Middle District of Pennsylvania*
    Mailing address: *240 West third street Suite 316 Williamsport, PA 17701-*

(3) Name of third defendant: *Peter welsh*
    Employed as *Clerk of Court* at *United States District Court*
    Mailing address: *US Courthouse, Suite 218, 240 west third St Williamsport PA 17701*

(List any additional defendants, their employment, and addresses on extra sheets if necessary)

## IV. STATEMENT OF CLAIM

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets if necessary.)

1. *Magistrate Judge Joseph Saporito allowing AUSA Swanger to file illegal motions, Judge altering court documents, order clerk to remove document file by Plantiff,*

2

Previous lawsuit,

Chambers V. Allen 3:17-CV-00996 (S.D.ILL) JPG-RJD  9-18-17

Chambers VS Sepanck 7:17-CV-00146 (ED.KY) KKC filed 9-18-17

Chambers VS Hardy 6:17-CV-00256 (ED.KY) KKC filed 9-18-17

Chambers VS, Sarcone No. 4:17-CV-00432-SMR-SBJ 12-2017
20 of Dec 2017

Appeal in Chambers V. Allen No 5:17-CV-01353-MWF+KES July
2017

Chambers VS Santana 3:18-CV-00826-D-BH (N.D.Tex) April-
2018

Roscoe Chambers VS Tim laslke 2:18-CV-03476-MWF-KES
filed April 25, 2018

page 1 (a)

## Statement of Claims,

Judge order Clerk to remove motion case # 3:18-CV-1207-RDM-JFS on Jan 7, 2019,

Judge and clerk altered court documents on Dec 21, 2018 Case # 3:18-CV-1009 RDM-JFS, Doc #49, 3:18-CV-1207 Dec 18, 2018 Doc# 21

The Judge also altered Court Documents on Jan 14, 2019 In case # 3:18-CV-2251 Roscoe Chambers VS Dr Andrew EDinger

The Judge has been all so been answering motion Chambers filed to Recuse him, Doc #49,

The Magistrate Judge refuse to process my 2241 under Case # 3:18-CV-2081-RDM-JFS

### Defendants

4) United States of America,

Page 2(a)

Relief,

Case # 3:18-CV-01009-RDM-JFS, Roscoe Chambers VS Warden David J. EBBert et al,

Roscoe Chambers VS Warden David J. EBBert 3:18-CV-1207-RDM-JFS

Roscoe Chambers VS Warden David J. EBBert 3:18-CV-2081-RDM-JFS,

Roscoe Chambers VS United States of America - 3:18-CV-2300 RDM-JFS,

Roscoe Chambers VS Dr Andrew EDinger 3:18-CV-2251-RDM-JFS,

page 3 (a)

2. Assistant US Attorney Melissa A Swanger illegally filing motions in violation of the laws, Prosecutorial misconduct Sept 25, 2018, Dec 3, 2018, Dec 21, 2018 and Dec 21 2018

3. Peter welsh the Clerk has been altering court Documents, Dec 18, 2018 Doc# 21 case 3:18-CV-1207-RDM-JFS, Doc# 49 Dec 21, 2018 case# 3:18-CV-1009 RDM-JFS This Clerk has not been filing Chambers motions

## V. RELIEF

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. Request these defendants be fired and charge these are criminal acts, I want $200,000.00 from each Defendant and $3,000,000.00 from the United states

2. I want a Judgment of Summary Judgement in Case # 3:18-CV-1267-RDM-JFS and case # 3:18-CV-1009-RDM-JFS

3. I want all the Documents they altered corrected, I want the other case assigned new Judges, case # Roscoe Chambers VS Mark S. Inch 3:18-CV-0501-RDM-JFS

3

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___21st___ day of ___January___, 20_19_.

___Roscoe Chambers___
(Signature of Plaintiff)



HARRISBURG PA 171
23 JAN 2019 PM 2 L

Office of the Clerk
United States District Court
for the middle District of Pennsylvania
235 N. Washington Ave
P.O. Box 1148
Scranton PA 18501-1148

18501-114848

Inmate Name: Roscoe Chambers
Register Number: 13498-030
United States Penitentiary Lewisburg
P.O. Box 1000
Lewisburg, PA 17837

2 3 JAN 2019

Legal Mail

RECEIVED
SCRANTON
JAN 25 2019
PER _____
DEPUTY CLERK